

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2015

No. 04-15-00294-CR

Shauna Denay **RIPLEY**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0670
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on July 17, 2015. *See* TEX. R. APP. P. 38.6(a). On August 4, 2015, Appellant filed a first motion for extension of time to file the brief until September 15, 2015, for an extension of sixty days.

Appellant's motion is GRANTED IN PART. Appellant's brief is due on August 17, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court